UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:15–cv–01139–JVS–AS            Date   2/5/2018

Title   JEFFREY WILENS V. HEART SAVERS, LLC

Present:   The Honorable   James V. Selna, U. S. District Judge

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jeffrey Spencer | J. Russell Tyler |

**Proceedings:**   Plaintiff's Motion for Order for Approval of Individual Settlement

 Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel submit on the Court's tentative ruling. The Court and counsel confer regarding some specific questions on procedure. The Court DENIES the plaintiff's motion and rules in accordance with the tentative ruling attached.

 The Court sets a further Status Conference for March 19, 2018 at 10:00 a.m. The Status Conference will be vacated if the the plaintiff's discussed stipulation/application is submitted to the Court prior to the hearing date.

:04

Initials of Preparer:   kt