JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY WILENS, on behalf of himself and all persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEART SAVERS, LLC and DOES 1 through 100 inclusive,<br><br>    Defendants | ) **Case No. SACV 15-1139 JVS (ASx)**<br>) **Consolidated with SACV 15-916 JVS**<br>) Hon. James V. Selna<br>)<br>) CLASS ACTION<br>)<br>) **ORDER DISMISSING THE**<br>) **INDIVIDUAL CLAIMS OF**<br>) **PLAINTIFF JEFFREY WILENS**<br>) **WITH PREJUDICE AND CLASS**<br>) **CLAIMS WITHOUT PREJUDICE**<br>) |

The Plaintiff having presented an Application for Dismissal of the individual claims of Plaintiff Jeffrey Wilens with prejudice and the dismissal of the class claims without prejudice, and Notice of the Individual Settlement having been provided as set forth in Docket No. 32 at 6-7 and good cause being found, IT IS HEREBY ORDERED

THAT:

1) The individual claims of Jeffrey Wilens are dismissed with prejudice;

2) The class claims are dismissed without prejudice.

IT IS SO ORDERED

Dated: March 15, 2018

_____
Honorable James V. Selna
United States District Judge

-1-